UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,         :

                               :

       -against-               :           25-MJ-3451

                               :

                               :            <u>ORDER</u>

THOMAS COLSTON,            :

                               :

                 Defendant.     :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties notified the Court that Mr. Colston intends to waive indictment and plead guilty to an information.

IT IS HEREBY ORDERED that the parties must appear for arraignment and, if desired, a plea hearing on **Thursday, March 12, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that time is excluded until **March 12, 2026**, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial, given the schedule of defense counsel.

**SO ORDERED.**

_____
**Date: February 26, 2026**                      **VALERIE CAPRONI**
**New York, NY**                          **United States District Judge**