UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                          :

                                                   :

    -against-                                    :                26-CR-92

                                                   :

                                                   :                ORDER

THOMAS COLSTON,                                    :

                                                   :

                    Defendant.            :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Colston's sentencing is ADJOURNED to

**Thursday, July 9, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  June 29, 2026**
**      New York, NY**
                                      **VALERIE CAPRONI**
                            **United States District Judge**